**Order entered December 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01424-CV

**MARTIN PHILIP KOCH, Appellant**

**V.**

**BOXICON, LLC, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04678-2012**

## ORDER

We **GRANT** the motion of Thomas Mullins, Official Court Reporter for the County Court at Law No. 1 of Collin County, Texas, for an extension of time to file the reporter's record **TO THE EXTENT** that the reporter's record shall be filed by **JANUARY 12, 2015**. *See* TEX. R. APP. P. 35.3(c).

/s/     ELIZABETH LANG-MIERS
        JUSTICE